AB:TH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ALEXANDER ZELYAKOVSKY,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDVAIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. § 751(a))

20-M-1080

EASTERN DISTRICT OF NEW YORK, SS:

      Jadniel Pimentel, being duly sworn, deposes and states that he is a Deputy United States Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

      On or about November 3, 2020, within the Eastern District of New York and elsewhere, the defendant ALEXANDER ZELYAKOVSKY, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

      (Title 18, United States Code, Section 751(a))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about May 6, 2019, the Honorable J. Thomas Marten of the United States District Court for the District of Colorado sentenced the defendant ALEXANDER ZELYAKOVSKY to a term of imprisonment of 34 months, to be followed by three years of supervised release. See Judgment, United States v. Zelyakovsky, 18-CR-438 (MSK), ECF No. 48 (D. Colo. May 15, 2019). The defendant was convicted of possession with intent to distribute MDMA and cocaine, in violation of 18 U.S.C. §§ 841(a)(1) and (b)(1)(C).

2. In or about May 2020, ZELYAKOVSKY was released from the Federal Correctional Institution in Danbury, Connecticut and transferred to Brooklyn House, a residential reentry center (commonly known as a half-way house) in Brooklyn, New York, where he was not scheduled to be released until January 17, 2021.

3. On or about November 3, 2020, at approximately 9:27 p.m., ZELYAKOVSKY walked out of Brooklyn House without authorization.

4. As of the date of the filing of this Complaint, ZELYAKOVSKY has neither returned to Brooklyn House nor attempted to contact anyone at Brooklyn House.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

5.  It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and arrest warrant, as disclosure would give the defendant an opportunity to change patterns of behavior and flee from or evade prosecution, and would therefore have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant ALEXANDER ZELYAKOVSKY so that he may be dealt with according to law.

Jadniel Pimentel
Deputy United States Marshal
United States Marshals Service

Sworn to before me by telephone this
12 day of November, 2020



THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK